IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEANNA M.,[1]

        Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant.

Civ. No. 3:20-cv-01020-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 19), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although neither party filed objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 19) is adopted in full. The Commissioner's decision is REVERSED and this matter is REMANDED for further proceedings.

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party.

1 –ORDER

IT IS SO ORDERED.

DATED this 16th day of November, 2022.

_____/s/ Michael J. McShane_____<br>
Michael McShane<br>
United States District Judge

2 –ORDER